No. 03–189. LERNER ET AL. v. FLEET BANK ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the

consideration or decision of this petition. ▮▮▮▮▮▮▮
▮▮▮▮